# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DOZIER,<br><br>            Plaintiff,<br><br>      v.<br><br>MODESTO RETAIL GROUP, LLC, et al.,<br><br>            Defendants. | Case No. 1:22-cv-01325-ADA-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 7)<br><br>**DEADLINE: DECEMBER 8, 2022** |

On November 17, 2022, Plaintiff filed a notice of settlement of this action. (ECF No. 7.)

Accordingly, IT IS HEREBY ORDERED that:

1.   All pending matters and dates are VACATED; and

2.   The parties shall file dispositional documents no later than **December 8, 2022**.

IT IS SO ORDERED.

Dated:   **November 18, 2022**

UNITED STATES MAGISTRATE JUDGE

1